# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157881(18)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ANDRE MONTEEK EDWARDS,
　　　　Defendant-Appellant.
_____/

SC:  157881
COA:  341475
Genesee CC:  08-023861-FC

　　　On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limitation is GRANTED.  The 60-page application submitted on June 1, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2018



Clerk